Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
DANIEL DOLAN

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DANIEL DOLAN,<br><br>  Defendant. | Case No.: 2:22-cr-00213 KJM<br><br>**REQUEST TO PROVIDE TRAVEL, LODGING AND SUBSISTENCE ON DECEMBER 20, 2022 PURSUANT TO 18 U.S.C. §4285; [~~PROPOSED~~] ORDER** |

Defendant DANIEL DOLAN, by and through his attorney, Michael E. Hansen, hereby requests the court to order the United States Marshal to pay for Mr. Dolan's transportation, lodging and subsistence on December 20, 2022, from his home in New Jersey to Sacramento, California, so that he will be in court for his initial appearance on Thursday, December 20, 2022. Mr. Dolan is unable to pay for airfare to Sacramento, California for his initial appearance.

If the Court finds that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own," then the Court may order the U.S. Marshal Service to arrange for the person's noncustodial transportation to appear in court.  See 18 U.S.C. § 4285. This statute applies where a defendant is released in one district on a condition of his subsequent appearance "another judicial district in which criminal proceedings are

pending." 18 U.S.C. §4285.

Specifically, Mr. Dolan requests he be allowed to travel on December 20, 2022. Mr. Dolan cannot afford lodging. There are at least two flights leaving Newark in the early morning that will allow arrival in Sacramento the same day in time for the 2:00 p.m. initial appearance. It is requested Mr. Dolan is provided same day transportation from New Jersey. If air transportation is not provided on December 20, 2022, it is requested the Court order the United States Marshal to pay for lodging for Mr. Dolan for the night of December 19, 2022.

Dated: December 1, 2022                                  Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
DANIEL DOLAN

Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
DANIEL DOLAN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>DANIEL DOLAN,<br><br>              Defendant. | Case No.: 2:22-cr-00213 KJM<br><br>[PROPOSED] ORDER TO PROVIDE TRAVEL, LODGING AND SUBSISTENCE PURSUANT TO 18 U.S.C. §4285 |

IT IS HEREBY ORDERED that the United States Marshal pay for transportation for defendant DANIEL DOLAN from Newark, New Jersey, to Sacramento, California, on Tuesday, December 20, 2022, and for subsistence expenses on the date he is traveling to Sacramento.

IT IS HEREBY FURTHER ORDERED that the United States Marshal pay for a hotel room for Daniel Dolan for the night of December 19, 2022 if same day travel cannot be arranged.

Mr. Dolan is indigent and financially unable to pay for travel or lodging to Sacramento, California.  This order is authorized pursuant to 18 U.S.C. §4285.

Dated: December 2, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request and [Proposed] Order for Travel