Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
DANIEL DOLAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>DANIEL DOLAN,<br><br>            Defendant. | Case No. 2:22-CR-00213-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITION 7 (AMENDED)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Veronica Alegria, Assistant United States Attorney, attorney for plaintiff; and Michael E. Hansen, attorney for defendant Daniel Dolan, that the pretrial release conditions for DANIEL DOLAN be modified as follows:

1.    Delete Condition 7- You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

Pretrial Services initiated the request.  All other conditions remain in effect.

/////

/////

/////

/////

/////

/////

1

Stipulation and [Proposed] Order for Modification of Pretrial Release Conditions

1  Dated: February 20, 2025                Respectfully submitted,

2                                          /s/ Michael E. Hansen
3                                          MICHAEL E. HANSEN
                                           Attorney for Defendant
4                                          DANIEL DOLAN

5  Dated: February 20, 2025                MICHELE BECKWITH
                                           Acting United States Attorney

6                                          By:  /s/ Michael E. Hansen for
7                                          Veronica Alegria
                                           Assistant U.S. Attorney
8                                          Attorney for Plaintiff

9                          **ORDER**

10     Good cause appearing, it is so ordered.

11 Dated:  February 20, 2025                _____
12                                          JEREMY D. PETERSON
                                           United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Stipulation and [Proposed] Order for Modification of Pretrial Release Conditions